**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

DERRICK SARRACINO,

Petitioner,

v. No. 25-cv-1042-MLG-KRS

ATTORNEY GENERAL FOR
THE STATE OF NEW MEXICO, *et al*,

Respondents.

**ORDER TO ANSWER**

This matter is before the Court on Petitioner's 28 U.S.C. § 2254 habeas corpus petition (Doc. 1) (Petition). Petitioner challenges his state criminal convictions based on, inter alia, due process violations. Having reviewed the Petition, the Court determines it must be resolved on a full record. The Court will also grant Petitioner's Request for Free Process (Doc. 1 at 10-11), which is contained in the Petition.

**IT IS ORDERED** that the Clerk shall mail copies of this Order and the Petition (**Doc. 1**) to Respondent Attorney General of the State of New Mexico (AG) at the following address:

Attn: Federal Habeas Attorney(s)
New Mexico Department of Justice (formerly known as the Attorney General's Office)
Criminal Appeals Division
201 Third St. NW, Suite 300, Albuquerque, NM 87102

**IT IS FURTHER ORDERED** that the AG must answer the Petition (**Doc. 1**) within **60 days** of entry of this Order. The answer must address the merits of Petitioner's claims and may also address any procedural issues such as exhaustion. The AG must attach to its answer copies of all pertinent filings from the state trial court, the state court of appeals, and the state supreme court; including memoranda filed by both parties. The AG must also attach to the answer copies

of all state post-conviction or appellate proceedings and any transcripts that are needed to resolve the claims. The Court may decline accept hearing minutes or similar documents in lieu of an official transcript of the state proceedings. In addition, all transcripts must be typewritten; the Court will not accept audio recordings in lieu of a written transcript.

**IT IS FURTHER ORDERED** that if Petitioner wishes to file an optional reply, he must do so within **30 days** after the AG's response is filed.

Kevin Sweazea
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE